# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>MICHELLE JOSEPHINE LOPEZ-DIAZ,<br><br>　　　　　　　　Defendant. | CASE NO. 12CR4594-H<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, with prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Information:

　　8:1324 (a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/10/14

　　　　　　　　　　　　　　　　Peter C. Lewis
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

FILED
MAR 10 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY